UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL Docket No. 875<br>E.D. PA No. |
| This Case Relates to: | |
| PLAINTIFF RICHARD GREENLEE<br>GREENLEE V. AC&S, INC., ET AL<br>Transferor Jurisdiction: Arkansas<br>Transferor Cause No.: 4:88-CV-00424-HW<br>MDL 875 Cause No.: Not Yet Assigned | NO. LR-C-88-424 |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon motion of the plaintiff, Richard Greenlee, his cause of action is hereby dismissed without prejudice as to the defendants

IT IS SO ORDERED.

_____
COURT JUDGE
Eduardo C. Robreno
DATED: 3/27/09

PREPARED BY:

/s/ Edward O. Moody
Edward O. Moody
EDWARD O. MOODY, P.A.
801 West Fourth Street
Little Rock, Arkansas 72201
ARK. BAR ID. NO. 78116
Attorney for Plaintiff